UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 07-35488 |
|    ALAN PARKER | (Chapter 13) |
|    ROSE PARKER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 19/ 50 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 2,989.85 |
| 20/ 51 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 712.57 |
| 21/ 52 | AMERICAN TAX FUNDING<br>% MONTOGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH  45422 | 615.67 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service     07-35488

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ALAN PARKER
ROSE PARKER
316 HUNTER AVENUE
DAYTON, OH  45404

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(50.1)
AMERICAN TAX FUNDING
% MONTOGOMERY COUNTY
TREASURER
451 W THIRD ST
DAYTON, OH  45422

(49.1n)
ECMC
BOX 8809
RICHMOND, VA  23225

(40.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(36.1n)
ERICH M RAMSEY
ASCENSION LAW GROUP
BOX 201347
ARLINGTON, TX  76006

(41.1n)
HOUSEHOLD REALTY CORPORATION
961 WEIGEL DR
ELMHURST, IL  60126

(48.1n)
JOHN N ZOMOIDA JR
55 PUBLIC SQUARE
SUITE 1800
CLEVELAND, OH  44113

(47.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs